E-FILED
Tuesday, 15 November, 2005 11:26:31 AM
Clerk, U.S. District Court, ILCD

# United States District Court

_____ CENTRAL    DISTRICT OF    ILLINOIS _____

UNITED STATES OF AMERICA

v.

LORENZO CORDERO-GUZMAN
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER NO:

05-3066-m

**FILED**
NOV 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 13, 2005 in Logan County, in the Central District of Illinois, the Defendant, **Lorenzo Cordero-Guzman**, and committed the following criminal offenses:

**Count I - Illegal Transportation of Aliens**

In that on or about November 13, 2005, **Lorenzo Cordero-Guzman**, did knowingly or in reckless disregard of the fact that aliens had come to, entered or remained in the United States in violation of law, transport or move, or attempted to transport or move such aliens within the United States by means of transportation or otherwise in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

I further state that I am a(n) ICE ~~INS~~ Special Agent BGC and that this complaint is based on the following facts:
Official Title

**See attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes    ☐ No

s/ Stuart A. Kutz
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 14, 2005                                    at    Springfield, Illinois
Date                                                         City and State

Honorable Byron G. Cudmore
United States Magistrate Judge                              s/ Byron G. Cudmore
Name & Title of Judicial Officer                            Signature of Judicial Officer

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS |
| COUNTY OF SANGAMON | ) | |

## AFFIDAVIT

I, Stuart A. Kutz, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Senior Special Agent with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than twenty-nine (29) years. I am currently assigned to the Springfield, Illinois ICE office;

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including aliens who have entered the United States illegally and activities which constitute the illegal transportation of such aliens in the furtherance of their illegal presence in the United States;

3. This affidavit is made in support of the issuance of a Criminal Complaint and Warrant of Arrest against subject LORENZO CORDERO-GUZMAN;

4. On Sunday, November 13, 2005, at approximately 8:15 A.M., Illinois State Police Trooper Robert R. Mott stopped a green 1998 Dodge Caravan minivan, bearing Arizona Temporary License # PS98091, that was traveling northbound on Interstate 55 near the 115 mile marker near Elkhart, Illinois. Trooper Mott stopped this vehicle for having an obstructed windshield. Upon approaching the vehicle, Trooper Mott observed numerous Hispanic occupants, obviously more than the five (5) persons that this type of vehicle was configured to seat. Upon asking the driver for identification, LORENZO CORDERO-GUZMAN produced a Driver's License that was issued in the state of Guerrero, Mexico in the name of JOVANI GONZALEZ-GONZALEZ. None of the

passengers could speak much if any English and none of them had any identification or other documentation issued in the United States. Trooper Mott, having seen at least fifteen (15) occupants, and suspecting that the vehicle's occupants were illegal aliens, then had his dispatcher contact U.S. Immigration and Customs Enforcement (ICE). ICE Senior Special Agent Tom Merchant was then contacted by the ISP Dispatcher;

5. At approximately 9:05 A.M., ICE Senior Special Agent Stuart A. Kutz arrived at the scene of the vehicle stop. During cursory questioning by Agent Kutz, all of the occupants of this vehicle claimed to be Mexican citizens illegally present in the United States. Upon removing the occupants from the vehicle, it was determined that there were a total of nineteen (19) occupants, which included one infant and two other three other juveniles. At that time all of the occupants were taken into custody and transported to the Springfield ICE office for further questioning and processing;

6. During questioning, the adult passengers all stated that they paid smuggling fees ranging from $1,000 to $1,500 each. It was also determined that two (2) of the passengers were actually citizens of El Salvador. All of the passengers stated LORENZO CORDERO-GUZMAN was the only driver of this vehicle from Phoenix, Arizona to Elkhart, Illinois.

7. Prior to questioning, LORENZO CORDERO-GUZMAN (CORDERO) was advised of his rights as per Miranda. At that time, CORDERO waived his right to remain silent and his right to have an attorney present. CORDERO signed Form I-214 waiving these rights, agreeing to answer questions and give a statement. During questioning, CORDERO initially claimed to be JOVANI GONZALEZ-GONZALEZ, and claimed that he and the others had purchased the van and that three different men took turns driving. However, after being confronted with evidence of his four (4) previous apprehensions under the name of LORENZO CORDERO-GUZMAN, CORDERO admitted his real name and admitted that he was to receive $1,000.00 for transporting these eighteen

(18) illegal aliens to Chicago, Illinois. CORDERO also admitted that he knew his passengers were all aliens illegally present in the United States;

Based on the foregoing, affiant believes that there is probable cause to charge LORENZO CORDERO-GUZMAN with Illegal Transportation of Aliens in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), and that these activities occurred in Logan County, Illinois, within the Central District of Illinois.

FURTHER AFFIANT SAYETH NOT.

s/ Stuart A. Kutz
Stuart A. Kutz, Senior Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn before me
this 14th day of November 2005.

s/ Byron G. Cudmore
HONORABLE BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE